### 22577. JERRY v. THE STATE.

CANDLER, Justice. Herman Jerry was indicted in Cook County for the murder of Jasper Tompkins. He was convicted of that offense and sentenced to life imprisonment. He filed a motion for new trial on the usual general grounds only and excepted to a judgment overruling his motion. *Held:*

Since the verdict was amply supported by evidence, the court did not err, as contended, in overruling his motion for new trial.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JULY 13, 1964—DECIDED SEPTEMBER 11, 1964.

*Hugh D. Wright,* for plaintiff in error.

*Vickers Neugent, Solicitor General, Eugene Cook, Attorney General, Rubye G. Jackson, Assistant Attorney General,* contra.